UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                                          )
    Deborah Clark                        )        Chapter 13
               Debtor                 )        Case No. 14-40035 HJB
                                                )

## DEBTOR'S OBJECTION TO PROOF OF CLAIM
## FILED BY UNITED CONSUMER FINANCIAL SERVICES (KIRBY)

Deborah Clark, Debtor in the above-captioned Chapter 13 proceeding (the "Debtor"), hereby submits, pursuant to 11 U.S.C. Section 502, Bkrcy. R. 3007, and MLBR 30007-1, her Objection to the Proof of Claim filed by Bass and Associates, P.C. on behalf of United Consumer Financial Services (Kirby Vacuum) (hereinafter "Kirby"). In support thereof, the Debtor states as follows:

1. Kirby filed a Proof of Claim, Claim No. 2 on January 29, 2014, alleging a claim of $1,549.30, of which was a secured amount of $600.00. (Hereinafter the "POC").

2. The Collateral claimed as collateral to secure Kirby's POC was a Kirby Vacuum Cleaning System which was purchased on or about March 25, 2011, as contained within the POC.

3. The Debtor stated under oath during her Section 341 Meeting of Creditors on April 4, 2014 that she is no longer in possession of the Kirby Cleaning System. Thus, the Debtor submits that Kirby holds, at best, a general unsecured claim, and should be paid as such through the Chapter 13 Plan.

WHEREFORE, the Debtor respectfully requests that this Honorable Court disallow the Secured Proof of Claim filed by United Consumer Financial Services (Kirby Vacuum), sustain her Objection to the United Consumer Financial Services' (Kirby Vacuum) POC, and grant such other relief as it deems just and equitable.

                                                        Deborah Clark
                                                        By her attorney,

Dated: 4/4/14                                                 /s/ David R. Chenelle
                                                            David R. Chenelle (BBO # 628424)
                                                            Perkins & Anctil, P.C.
                                                            6 Lyberty Way, Suite 201
                                                            Westford, MA 01886
                                                            (978) 496-2000
                                                            dchenelle@perkinslawpc.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                                              )
    Deborah Clark                           )    Chapter 13
              Debtor              )    Case No. 14-40035 HJB
                                                    )

**CERTIFICATE OF SERVICE**

I, David R. Chenelle, do hereby certify that on this date I caused to be served a copy of the attached Objection to Proof of Claim, either electronically or by first class mail, postage prepaid, upon the following:

Richard King, Esq., Office of U.S. Trustee
Denise M. Pappalardo, Esq., Chapter 13 Trustee

Deborah A. Clark
6B Tucker Park
Pepperell, MA 01463

United Consumer Financial Services
865 Bassett Road
Westlake, OH  44145

Bass & Associates, P.C.
3936 E. Ft. Lowell Suite 200
Attn: Maritza Moore
Tucson, AZ 85712


Date: 4/4/14

                                              /s/ David R. Chenelle
                                              David R. Chenelle