UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | |
|    Deborah Clark | ) | Chapter 13 |
|                Debtor | ) | Case No. 14-40035 HJB |
| | ) | |

PLEASE TAKE NOTICE THAT the U.S. Bankruptcy Court, District of Massachusetts, has scheduled a Hearing on the Debtor's Objection to the Proof of Claim filed by United Consumer Financial Services (Kirby), Docket #20.

The Dates set are as follows:

    The Non-Evidentiary Hearing: Scheduled for Tuesday, May 20, 2014 at 10:30 A.M. at 595 Main Street, 3rd Floor Court Room, Worcester, MA 01608.

    Objection/Response deadline: May 15th, 2014 at 4:30 p.m.

A copy of the Court's "Notice of Nonevidentiary Hearing" has been attached.

                                    Deborah Clark
                                    By her attorney,


Dated: 4/9/14                          /s/ David R. Chenelle
                                    David R. Chenelle (BBO # 628424)
                                    Perkins & Anctil, P.C.
                                    6 Lyberty Way, Suite 201
                                    Westford, MA, 01886
                                    (978) 496-2000
                                    dchenelle@perkinslawpc.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                                    )
    Deborah Clark                      )        Chapter 13
                 Debtor            )        Case No. 14-40035 HJB
                                          )

CERTIFICATE OF SERVICE

      I, David R. Chenelle, do hereby certify that on April 9, 2014, I caused to be served, either electronically or by first class mail, a copy of the Notice of the Hearing on the Debtor's Objection to the Proof of Claim filed by United Consumer Financial Services (Kirby), Docket #20 upon all interested parties:

Richard King, Esq., Office of U.S. Trustee
Denise M. Pappalardo, Esq., Chapter 13 Trustee

Deborah A. Clark
6B Tucker Park
Pepperell, MA 01463

United Consumer Financial Services
865 Bassett Road
Westlake, OH  44145

Bass & Associates, P.C.
3936 E. Ft. Lowell Suite 200
Attn: Maritza Moore
Tucson, AZ 85712

                                            /s/ David R. Chenelle
                                            David R. Chenelle