UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                                          )
    Deborah Clark                        )    Chapter 13
               Debtor                     )    Case No. 14-40035 HJB
                                                )

## DEBTOR'S OBJECTION TO PROOF OF CLAIM
## FILED BY YOUR-APPROVED-TO-1000.COM

Deborah Clark, Debtor in the above-captioned Chapter 13 proceeding (the "Debtor"), hereby submits, pursuant to 11 U.S.C. Section 502, Bkrcy. R. 3007, and MLBR 30007-1, her Objection to the Proof of Claim filed by Williamson and Brown, LLC on behalf of Your-Approved-To-1000.com (hereinafter "Payday Loan").  In support thereof, the Debtor states as follows:

1.    Payday Loan filed a Proof of Claim, Claim No. 9, on April 8, 2014, alleging a claim of $390.00 (Hereinafter the "POC").

2.    The POC filed by Payday Loan contained as proof of the debt, a letter addressed to the Debtor dated March 27th, 2014[1].  No other proof of contract has been provided by Payday Loan that would justify the inclusion of its POC for payment from the Debtor's Chapter 13 Plan.

3.    The Debtor states: that she is unaware of any such debt owed; did not list Payday Loan on her Bankruptcy Schedules; nor did Payday Loan substantiate the debt owed with any proper documentation.

---

[1] The Debtor's Chapter 13 Case was filed January 4th, 2014, approximately 7 weeks before the alleged proof of debt attached to the Payday Loan's POC.

WHEREFORE, the Debtor respectfully requests that this Honorable Court disallow, in its entirety, the Proof of Claim filed by Your-Approved-To-1000.com, sustain her Objection to it's Proof of Claim filed, Docket #9, and grant such other relief as the Court deems reasonable and just.

                                                Deborah Clark
                                                By her attorney,

Dated: 4/10/14                          /s/ David R. Chenelle
                                                David R. Chenelle (BBO # 628424)
                                                Perkins & Anctil, P.C.
                                                6 Lyberty Way, Suite 201
                                                Westford, MA 01886
                                                (978) 496-2000
                                                dchenelle@perkinslawpc.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                                    )
    Deborah Clark                     )    Chapter 13
               Debtor          )    Case No. 14-40035 HJB
                                           )

**CERTIFICATE OF SERVICE**

I, David R. Chenelle, do hereby certify that on this date I caused to be served a copy of the attached Objection to Proof of Claim and Notice of Objection to Claim, either electronically or by first class mail, postage prepaid, upon the following:

Richard King, Esq., Office of U.S. Trustee
Denise M. Pappalardo, Esq., Chapter 13 Trustee

Deborah A. Clark
6B Tucker Park
Pepperell, MA 01463

Alexander N. Arcese, President
Williams & Brown, LLC
4691 Clifton Parkway
Hamburg, NY 14075


Date: 4/10/14

                                                          /s/ David R. Chenelle
                                                          David R. Chenelle