UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                                                      )
    Deborah Clark                              )        Chapter 13
               Debtor                           )        Case No. 14-40035 HJB
                                           )

NOTICE OF OBJECTION TO CLAIM

Deborah Clark has filed an objection to your claim in this bankruptcy case.

<u>Your claim may be reduced, modified, or eliminated</u>.  You should read these papers carefully and discuss them with your attorney, if you have one.

Pursuant to MLBR 3007-1(c) and Chapter 13 Rule 13-13(c) a response by you, if any, must be filed within 30 days of the filing of this Objection to the following:

                                      Clerk's Office
                                      United States Bankruptcy Court
                                      595 Main Street
                                      Worcester, MA 01608-2076

If you mail your response to the court for filing, then you must mail it early enough so that the court will receive it within the 30 day period.

You must also mail a copy to:         David R. Chenelle, Esq.
                                                  Perkins & Anctil, P.C.
                                                  6 Lyberty Way, Suite 201
                                                  Westford, MA  01886

If you or your attorneys do not take these steps, the court may decide that you do not oppose the objection to your claim.


Dated:  4/10/14                                    /s/ David R. Chenelle
                                                David R. Chenelle, (BBO # 628424)
                                                6 Lyberty Way, Suite 201
                                                Westford, MA01886
                                                (978) 496-2000
                                                dchenelle@perkinslawpc.com