# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re:  Deborah A Clark                                    Case Number:  14-40035                    Ch:  13

**MOVANT/APPLICANT/PARTIES:**

#20 Objection of Debtor to Claim filed by United Consumer Financial Services (Kirby)

**OUTCOME:**

___Granted    ___Denied    ___Approved    ___Sustained
___Denied    ___Denied without prejudice    ___Withdrawn in open court    ___Overruled
___OSC enforced/released
___Continued to:_____For:_____
___Formal order/stipulation to be submitted by:_____Date due:_____
___Findings and conclusions dictated at close of hearing incorporated by reference
___Taken under advise ment: Brief(s) due_____From_____
                             Response(s) due_____From_____
___Fees allowed in the amount of: $_____Expenses of: $_____
___No appearance/response by:_____
✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:


BECAUSE OF RECENT WATER DAMAGE TO JUDGE BOROFF'S WORCESTER COURTROOM SPACE, THE HEARING ON THIS MATTER SET FOR MAY 20, 2014 HAS BEEN MOVED.

THIS HEARING WILL NOW TAKE PLACE ON TUESDAY, MAY 20, 2014 AT 10:30AM AT THE UNITED STATES COURTHOUSE, BERKSHIRE COURTROOM, 300 STATE STREET, SPRINGFIELD, MASSACHUSETTS.

PARTIES SHOULD TAKE NOTE OF THE CHANGE IN HEARING LOCATION AND TIME.


IT IS SO NOTED:                          IT IS SO ORDERED:

                                         /s/ Henry Jack Boroff
_____                   _____ Dated: 05/13/2014
Courtroom Deputy