# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Deborah A Clark                              Case Number: 14-40035                    Ch: 13

**MOVANT/APPLICANT/PARTIES:**

#20 Objection of Debtor to Claim filed by United Consumer Financial Services (Kirby)

**OUTCOME:**

- ___ Granted ___ Denied ___ Approved ___ Sustained
- ___ Denied ___ Denied without prejudice ___ Withdrawn in open court ___ Overruled
- ___ OSC enforced/released
- ___ Continued to:_____ For:_____
- ___ Formal order/stipulation to be submitted by:_____ Date due:_____
- ___ Findings and conclusions dictated at close of hearing incorporated by reference
- ___ Taken under advise ment: Brief(s) due_____ From_____
-           Response(s) due_____ From_____
- ___ Fees allowed in the amount of: $_____ Expenses of: $_____
- ___ No appearance/response by:_____
- ✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

SUSTAINED.

IT IS SO NOTED:                                      IT IS SO ORDERED:

_____                              _____ Dated: 05/20/2014
Courtroom Deputy