UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                                       )
    Deborah A. Clark                  )    Chapter 13
            Debtor              )    Case No. 14-40035 HJB
                                             )

DEBTOR'S OBJECTION TO NOTICE OF POST-PETITION
MORTGAGE FEES, EXPENSES AND CHARGES

Now comes the debtor in the above referenced matter, Deborah A. Clark (the "Debtor"), and hereby Objects to the Notice of Post-Petition Mortgage Fees, Expenses and Charges filed by Nationstar Mortgage, LLC ("Nationstar").  In response, the Debtor states as follows:

1. Nationstar reports that it has incurred an additional $425.00 in post-petition legal fees, filing and court costs in the above referenced Case. ("Nationstar's Notice")

2. Contained within Nationstar's Notice is provided a limited breakdown of the post-petition amounts claimed.

3. Specifically, Nationstar's Notice provides that Attorney's fees were incurred on May 30, 2014 in the amount of $275.00 and that "filing fees and court costs" were incurred on February 11, 2014 in the amount of $150.00.[1]

4. Nationstar's Notice provides no detail for the amount claimed as incurred Post-petition fees, expenses and charges.

5. Debtor is unaware of any challenges to her case or Chapter 13 Plan by Nationstar that would have caused it to incur legal fees in the amount of $275.00, nor is she aware that Nationstar has filed documents in court which would have caused it to incur "filing fees

---

[1] Debtor is unaware of the nature of filing fees and court costs that could have been incurred one month after the Debtor's bankruptcy case was filed as the only action taken by Nationstar Mortgage since the filing of the Debtor's case was the filing of a Notice of Appearance by its attorney.

and court costs" of $150.00.

WHEREFORE, the Debtor, Deborah A. Clark, respectfully requests that this Honorable Court sustain her Objection to Nationstar's Notice of Post-Petition Mortgage Fees, Expenses and Charges or, in the alternative, order Nationstar to provide detailed billing information concerning the added Post-petition charges, and to grant such other relief as it deems reasonable and just.

                                              Deborah A. Clark
                                              By her attorney,

Dated: June 20, 2014                     /s/ David R. Chenelle
                                              David R. Chenelle (BBO # 628424)
                                              Perkins & Anctil, P.C.
                                              6 Lyberty Way, Suite 201
                                              Westford, MA 01886
                                              (978) 496-2000
                                              dchenelle@perkinslawpc.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                              )
    Deborah A. Clark              )         Chapter 13
               Debtor   )         Case No. 14-40035 HJB
                                    )

CERTIFICATE OF SERVICE

      I, David R. Chenelle, do hereby certify that on June 20, 2014, I caused to be served a copy of the attached Debtor's Objection to Notice of Post-Petition Fees, Expenses, and Charges, either electronically or by first class mail, postage prepaid, upon the following:

Office of the U.S. Trustee
Denise M. Pappalardo, Esq., Chapter 13 Trustee
Richard T. Mulligan, Esq., Counsel for Nationstar Mortgage, LLC

Deborah A. Clark
6B Tucker Park
Pepperell, MA 01463
(Debtor)

Nationstar Mortgage, LLC
c/o Diana Duarte, as Authorized Filing Agent
P.O. Box 630267
Irving, TX 75063

                                                            /s/ David R. Chenelle
                                                            David R. Chenelle